Gary Solomon
1001 Calico Ridge Drive
Henderson, Nevada 89011
Phone: 702-812-3591
Fax: 702-565-6218
E-mail: drgarysolomon@gmail.com
**Pro Se**

# UNITED STATES COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DR. GARY SOLOMON, A.A, B.S, M.S.W., MPH, PH.D, PH.D.(abd) <br><br> Petitioner <br><br> vs. <br><br> COLLEGE OF SOUTHERN NEVADA, DR. MICHAEL RICHARDS, C.E.O., BOARD OF REGENTS, KEVIN PAGE, RICK TRACHOK, DR. ANDREA ANDERSON, ROBERT BLAKELY, CEDRIC CREAR, MARK DOUBRAVA, M.D., JASON GEDDES, PH.D., RON KNECHT, JAMES LEAVITT, KEVIN MELCHER, DR. JACK SCHOFIELD, ALLISON STEPHENS, MICHAEL WIXOM, IMELDA, DE LA TORRE, TINA HOLCOMB MARTHA DOMINGUEZ, INDIVIDUALS; DOES I through X; ROE CORPORATIONS I through X <br><br> Respondents | 2:14-cv-00020-JCM-CWH <br><br> CASE NO. <br><br><br> **VERIFIED PETITION FOR EMERGENCY JANUARY 21ST, 2013 TEMPORARY INJUNCION** |

1

# VERIFIED PETITION FOR EMERGENCY
# JANUARY 21ST, 2013 TEMPORARY INJUNCION

DR GARY SOLOMON (the "**PETITIONER**"), petitions this Honorable Court to issue a **TEMPORARY INJUNCTION** and in support therefore states:

### JURISDICTIONAL ALLEGATIONS

1. Action for the equitable remedy of a **TEMPORARY INJUNCTION**.

2. **PETITIONER** resides in HENDERSON, CLARK COUNTY, NEVADA.

3. Irreparable specific and concrete harm to be enjoined is scheduled to be imposed on January 21, 2014 at 7:00 am in Clark County.

4. **COLLEGE OF SOUTHERN NEVADA, DR. MICHAEL RICHARDS, C.E.O, BOARD OF REGENTS, KEVIN PAGE, RICK TRACHOK, DR. ANDREA ANDERSON, ROBERT BLAKELY, CEDRIC CREAR, MARK DOUBRAVA, M.D., JASON GEDDES, PH.D., RON KNECHT, JAMES LEAVITT, KEVIN MELCHER, DR. JACK SCHOFIELD, ALLISON STEPHENS, MICHAEL WIXOM, IMELDA, DE LA TORRE, TINA HOLCOMB, MARTHA DOMINGUEZ, INDIVIDUALS; DOES I through X; ROE CORPORATIONS I through X** (the "**RESPONDENTS**") have legal nexus in Clark County that invokes the jurisdiction of this Honorable Court.

5. **RESPONDENTS** bear the burden of justifying authorized regulations.

6. This Honorable Court has jurisdiction.

### FACTUAL ALLEGATIONS

7. **PETITIONER** has personal knowledge that **RESPONDENTS** have a well-

formed specific and concrete plan, "Elimination of Late Registration", to act in a manner that will surely cause **PETITIONER** and thousands of Nevada residents serious educational interruption, financial harm, and personal detriment through designed discrimination and racial profiling.

8. **RESPONDENTS** continue to ignore and refuse to act on no less than three reasonable demands from **PETITIONER** to reverse, retract and remove **RESPONDENTS** arbitrary and Constitutionally illegal "Elimination of Late Registration".

9. On January 21, 2014 at 7:00 am, **RESPONDENTS**, as a result of the "Elimination of Late Registration", will direct employees of the College of Southern Nevada to deny, in person, by phone, or electronically, the **PETITIONER**, hundreds of qualified taxpaying students and taxpaying families of their Constitutional right and liberty to register and take classes at any of the public, non-private College of Southern Nevada campuses and distance education on-line classes, irrespective of the fact that **PETITIONER** can pay for **PETITIONER'S** class(es) and that, in fact, **PETITIONER** has firsthand knowledge that classroom space is available.

10. Irreparable harm of educational interruption, financial harm, and personal detriment through designed discrimination and racial profiling commences when **RESPONDENTS** refuse to meet the reasonable demands of the **PETITIONER** creating great likelihood that **PETITIONER** and thousands of Nevada residents will be negatively impacted in a substantial, irreversible and serious manner.

11. Academic interruption, financial harm and personal detriment through designed discrimination and racial profiling is eminent as **PETITIONER**, a professor teaching at the College of Southern Nevada, employed by **RESPONDENTS**, has direct knowledge and first hand involvement in the planned "Elimination of Late Registration": On January 21, 2014 at 7:00

am employees of the College of Southern Nevada will deny access to qualified students who the **REPONDENTS** <u>predict will be unlikely to succeed or be successful</u> though they are fully qualified to attend **RESPONDENTS'** public, non-private academic institution of higher education.

12. Action for money damages alone is insufficient to restore **PETITIONER,** hundreds of qualified taxpaying students and taxpaying families their Constitutional right and liberty to a *status quo ante* after the irreparable harm of educational interruption, financial harm and personal detriment through designed discrimination and racial profiling because **PETITIONER'S** legal access to the educational system will be denied under **RESPONDENTS'** "Elimination of Late Registration" policies.

13. **PETITIONER'S** allegations of irreparable harm outweighs any damage to **RESPONDENTS** as "Elimination of Late Registration" decreases tuition income to **RESPONDENTS**; creates unnecessary student classroom vacancy; gives immanent rise to U.S. Constitutional, federal and state law violations; <u>may attract violent retaliation against college employees, students, police, and innocent bystanders</u>; produces less income for the college; decreases employee's job security, and; decreases employment opportunities for students denied access to professors and classrooms, all being contrary to President Michael Richards unequivocal December 19, 2013 mission statement: ***"The College of Southern Nevada creates opportunities and changes lives through access to quality teaching services and experiences that enrich our diverse community."***

14. No substantial public interest will be contravened by this Honorable Court issuing an injunction favoring this particular **PETITIONER.**

15. Substantial likelihood exists that **PETITIONER** will prevail in this action because the alleged facts obtained on the record through discovery will reveal **RESPONDENTS** are responsible for making accommodations to afford the **PETITIONER,** hundreds of qualified taxpaying students and taxpaying families their due process and protection under United States Constitutional rights, liberty, equal opportunity, and access to the State of Nevada's education system void of discrimination and racial profiling as stated by President John F. Kennedy(1963): *"Simple justice requires that public funds, to which all taxpayers of all races and national origins contribute, not be spent in any fashion which encourages, entrenches, subsidizes or results in racial discrimination."* [The State of Nevada cannot logically and legally support academic discrimination and racial profiling practiced by The Board of Regents, a college president, and college admissions and financial aid officers.]

15. **RESPONDENTS** are employees of the State of Nevada, over the age of 18, read and write English, believed to be well educated, have received letters, phone calls, and E-Mails from **PETITIONER** regarding this matter, are aware of **PETITIONER'S** demand to reverse the "Elimination of Late Registration" policy, are fully aware of **PETTIONER'S** intent to litigate and, believed by **PETITIONER,** to be informed and educated regarding laws relating to discrimination, racial profiling, bigotry, Housing and Urban Development rules and regulations, human Civil Rights, and The Americans with Disabilities Act.

16. A temporary injunction is necessary to protect **PETITIONER,** hundreds of qualified taxpaying students and taxpaying families from eminent and irreversible harm denying them their due process and protection under the law.

///

**WHEREFORE, PETITIONER,** DR. GARY SOLOMON moves this Honorable Court to enter an Order enjoining **RESPONDENT** to make reasonable and necessary changes, resending the "Elimination of Late Registration" such that **PETITIONER** is no longer under eminent irreparable harm, granting such other and further relief as the circumstances may warrant.

**UNDER PENALTIES OF PERJURY PETITIONER** in the above-entitled proceeding has read the foregoing Petition; affirms the allegations stated herein are true and correct according to my own personal knowledge except as to those matters therein stated on information and belief and as to those matters, **PETITIONER** believes them to be true.

Date ___6___ of ___1___ 2014

**PETITIONER,** PRO SE

By: _____
Dr. Gary Solomon
1001 Calico Ridge Drive
Henderson, Nevada 89011
Phone: 702-812-3591
Fax:   702-565-6218
E-Mail: drgarysolomon@gmail.com